157 A.3d 813

**ESTEP, Rydell Lee**

v.

**STATE of Maryland**

**Pet. Docket No. 417, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 632, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 813

**EVANS, Vernon Lee**

v.

**STATE of Maryland**

**Pet. Docket No. 613, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2400, Sept. Term, 2015).

Petition for writ of certiorari dismissed